377 F.2d 993
 UNITED STATES of America
v.
Anthony PROVENZANO, Appellant.
 No. 15905.
 United States Court of Appeals Third Circuit.
 Argued June 8, 1967.
Decided June 20, 1967.
 
 Joseph F. Walsh, Newark, N.J., (Bracken & Walsh, Newark, N.J., on the brief), for appellant.
 David M. Satz, Jr., U.S. Atty., Newark, N.J. (B. Dennis O'Connor, Asst. U.S. Atty., on the brief), for appellee.
 Before STALEY, Chief Judge, KALODNER, Circuit Judge, and SHERIDAN, District Judge.
 PER CURIAM.
 
 
 1
 On review of the record we find no error. The Order of the District Court of May 5, 1966 will be affirmed.